

**Priority**
**Send**
**Enter**
**Closed**
**JS-5/JS-6**
**JS-2/JS-3**
**Scan Only**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GEORGE H. GAGE, | No. CV 05-05057-CAS (VBK) |
| Petitioner, | ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C. §2254) |
| v. | |
| STUART J. RYAN, | |
| Respondent. | |

In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1. The Clerk of this Court shall promptly (a) serve a copy of the Petition and a copy of this Order by mail on Respondent and the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

2. If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims (e.g., because Respondent contends that Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, or that the Petition is barred by the statute of limitations, or that the Petition is subject to dismissal under



Rule 9 of the Rules Governing Section 2254 Cases in the United States District Courts), Respondent shall file a Motion to Dismiss within thirty (30) days of the date of this Order.[1] The Motion to Dismiss shall <u>not</u> address the merits of Petitioner's claims, but rather shall be confined to the basis for Respondent's contention that dismissal without reaching the merits of Petitioner's claims is warranted.[2] At the time the Motion to Dismiss is filed, Respondent shall lodge with the Court all records bearing on Respondent's contention in this regard.

    3.   If Respondent files a Motion to Dismiss, Petitioner shall file his Opposition, if any, to the Motion within twenty (20) days of the date of service thereof. At the time the Opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the Motion.

    4.   Unless the Court orders otherwise, Respondent shall <u>not</u> file a reply to Petitioner's Opposition to a Motion to Dismiss. If the Motion is denied, the Court will afford Respondent adequate time to respond to Petitioner's claims on the merits.

    5.   If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's

---

[1] If Respondent contends that some or all of Petitioner's claims are procedurally defaulted, such contention shall not be made in a motion to dismiss, but rather should be made in the Answer to Petition which addresses the allegedly defaulted claims on the merits in the alternative.

[2] If Respondent contends that Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, the motion to dismiss shall also specify the state remedies still available to Petitioner.

1 claims, Respondent shall file and serve an Answer to Petition
2 within forty-five (45) days of the date of this Order. <u>At the time</u>
3 <u>the Answer is filed, Respondent shall lodge with the Court all</u>
4 <u>records bearing on the merits of Petitioner's claims,</u>[3] including
5 the briefs specified in Rule 5(d) of the Rules Governing Section
6 2254 Cases in the United States District Courts. The Answer shall
7 also specifically address the necessity for an evidentiary hearing
8 to resolve any issue.

9     6.   Petitioner may file a single Reply responding to matters
10 raised in the Answer within thirty (30) days of the date of service
11 thereof. Any Reply filed by Petitioner (a) shall state whether
12 Petitioner admits or denies each allegation of fact contained in
13 the Answer; (b) shall be limited to facts or arguments responsive
14 to matters raised in the Answer; and (c) shall not raise new
15 grounds for relief that were not asserted in the Petition. Grounds
16 for relief withheld until the Reply will not be considered, unless
17 the Court grants leave to amend the Petition. No Reply shall
18 exceed ten (10) pages in length absent advance leave of Court for
19 good cause shown.

20     7.   A request by a party for an extension of time within
21 which to file any of the pleadings required hereunder will be
22 granted only upon a showing of good cause, and should be made in
23 advance of the due date of the pleading. Any such request shall be
24 accompanied by a declaration explaining why an extension of time is
25 necessary and by a proposed form of order granting the requested

---

[3] Respondent is ordered to lodge all Reporter's and Clerk's Transcripts, and all briefs and opinions filed in the state courts, unless the Court, upon proper application supported by good cause, orders otherwise.

1 | extension.

2 | 8. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a motion to dismiss and/or Reply is due.

5 | 9. Compliance with Revised Local Rule 11-3.1.1 requires that all papers and documents presented for filing have a typeface of 14-point or larger on a monospaced typeface not containing more than 10½ characters per inch font size unless otherwise ordered by the Court.

10 | 10. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service may be returned to the submitting party and without consideration by the Court.

16 | 11. Petitioner shall immediately notify the Court and counsel for Respondents of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. See also Local Rule 41-6.

DATED: 7-20-05

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE