BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
STEVEN MATTHEWS
Supervising Deputy Attorney General
ADRIAN N. TIGMO
Deputy Attorney General
State Bar No. 086603
 300 South Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 897-2390
 Facsimile: (213) 897-6496
 Email:DocketingLAAWT@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| **GEORGE H. GAGE,** | CV 05-05057-CAS (VBK) |
| Petitioner, | [PROPOSED] ORDER |
| v. | U.S. Magistrate Judge<br>Hon. Victor B. Kenton |
| **STUART J. RYAN, Warden,** | |
| Respondent. | |

Having considered Respondent's application for enlargement of time, and good cause appearing, IT IS ORDERED that the application is GRANTED and that Respondent is granted to and including October 19, 2005, in which to file and serve the ordered Return to Petition for Writ of Habeas Corpus.

Petitioner shall file his Traverse on November 19, 2005.

Presented by: _____
ADRIAN N. TIGMO
Deputy Attorney General

DATED: 9-22-05

_____
Hon. VICTOR B KENTON
U.S. Magistrate Judge

DOCKETED ON CM
SEP 23 2005
BY ___

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **George H. Gage v. Stuart J. Ryan**

Case No.:   **CV 05-05057-CAS(VBK)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 19, 2005**, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**George H. Gage**
**T-57938**
**Calipatria State Prison**
**B1-203-L**
**P.O. Box 5002**
**Calipatria, CA 92233-5001**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 19, 2005**, at Los Angeles, California.

Felipe P. Andaya
Declarant

Signature

ANT:fa
**LA2005502145**
50060467.wpd