1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  STEVEN MATTHEWS
   Supervising Deputy Attorney General
5  ADRIAN N. TIGMO
   Deputy Attorney General
6  State Bar No. 086603
   300 South Spring Street
7  Los Angeles, CA 90013
   Telephone: (213) 897-2390
8  Facsimile: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov
9  Attorneys for Respondent

FILED
CLERK, U.S. DISTRICT COURT
NOV 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10              IN THE UNITED STATES DISTRICT COURT

11       FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| GEORGE H. GAGE, | CV 05-05057-CAS (VBK) |
|---|---|
| Petitioner, | [PROPOSED] ORDER |
| v. | U.S. Magistrate Judge |
| STUART J. RYAN, Warden, | Hon. Victor B. Kenton |
| Respondent. | NOTE CHANGES MADE BY THE COURT. |

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

       Having considered Respondent's application for enlargement of time, and
good cause appearing, IT IS ORDERED that the application is GRANTED and
that Respondent is granted to and including December 23, 2005, in which to file
and serve the ordered Answer to Petition for Writ of Habeas Corpus.

       Petitioner shall file his Traverse on January 23, 2006. *No further extensions absent extraordinary good cause.*

Presented by: _____
              ADRIAN N. TIGMO
              Deputy Attorney General

DATED: 11-28-05

                           Hon. VICTOR B KENTON
                           U.S. Magistrate Judge

DOCKETED ON CM
DEC - 1 2005
BY ____ 003

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **George H. Gage v. Stuart J. Ryan**

Case No.:    **CV 05-05057-CAS(VBK)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 22, 2005**, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**George H. Gage**
**T-57938**
**Calipatria State Prison**
**B1-203-L**
**P.O. Box 5002**
**Calipatria, CA 92233-5001**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 22, 2005**, at Los Angeles, California.

___Felipe P. Andaya___
               Declarant                                           Signature

ANT:fa
**LA2005502145**
60112951.wpd