UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | Priority | |
|---|---|---|---|
| | | Send | |
| | | Enter | |
| | | Closed | |
| | | JS-5/JS-6 | |
| | | JS-2/JS-3 | |
| | | Scan Only | |

DOCKETED ON CM
JAN - 4 2006
BY _____ 065

| Case No. | CV 05-05057-CAS (VBK) | Date | January 3, 2006 |
|---|---|---|---|
| Title | George H. Gage v. Stuart J. Ryan | | |

Present: The Honorable Victor B. Kenton, United States Magistrate Judge

| Roxanne Horan | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present                             None Present

**Proceedings:**     **(IN CHAMBERS)**

The Court is in receipt of Petitioner's document entitled "Petitioner's Second Motion for Appointment of Counsel and Declaration of George H. Gage."

The Court **HEREBY DENIES** without prejudice Petitioner's motion for appointment of counsel. See Knaubert v. Goldsmith, 791 F.2d 722, 728-29 (9th Cir.), cert. denied 479 U.S. 867 (1986); McCleskey v. Zant, 499 U.S. 467, 495 (1991) (there is no constitutional right to appointment of counsel in a case consisting of a Petition for Writ of Habeas Corpus by a state or federal prisoner pursuant to 28 U.S.C. §2254); Duckett v. Godinez, 67 F.3d 734, 750 n.8 (9th Cir. 1995) (state prisoner did not have a constitutional right to counsel in a §2254 proceeding).

Initials of Preparer      - RH