```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  ROBERT R. ANDERSON
    Chief Assistant Attorney General
 3  PAMELA C. HAMANAKA
    Senior Assistant Attorney General
 4  KENNETH C. BYRNE
    Supervising Deputy Attorney General
 5  ADRIAN N. TIGMO
    Deputy Attorney General
 6  State Bar No. 86603
      300 South Spring Street
 7    Los Angeles, CA 90013
      Telephone: (213) 897-2390
 8    Fax: (213) 897-6496
    E-mail: DocketingLAAWT@doj.ca.gov
 9  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. GAGE,<br><br>                    Petitioner,<br><br>      v.<br><br>GEORGE J. GIUBINO,<br><br>                    Respondent. | CV 05-05057-CAS (VBK)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, THE COURT grants Respondent leave to file a Answer to the Petition for Writ of Habeas Corpus with a Memorandum of Points and Authorities in excess of twenty-five pages and no more than forty-four pages.

Presented by: _____
              ADRIAN N. TIGMO
              Deputy Attorney General

DATED: 1-3-06     _____
                  HON. VICTOR B. KENTON
                  U.S. Magistrate Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **GEORGE H. GAGE v. GEORGE J. GIURBINO, Warden**

Case No.: **CV 05-05057-CAS(VBK)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 23, 2005**, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**GEORGE HENRY GAGE**
**T-57938-B4-223L**
**Centinela State Prison**
**P.O. Box 911**
**Imperial, CA 92256**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 23, 2005**, at Los Angeles, California.

| Felipe P. Andaya | |
|---|---|
| Declarant | Signature |

ANT:fa
**LA2005502145l**
60119311.wpd