DOCKETED ON CM
JAN - 5 2006
BY _____ 065

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | CV 05-05057-CAS (VBK) | Date | January 5, 2006 |
|---|---|---|---|
| Title | George H. Gage v. Stuart Ryan | | |

Present: The Honorable **Victor B. Kenton, United States Magistrate Judge**

| Roxanne Horan | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                              None Present

**Proceedings:**        **(IN CHAMBERS)**

The Court is in receipt of Petitioner's document entitled "Petitioner's Application for Enlargement of Time and Declaration of George H. Gage," filed on December 16, 2005, in which Petitioner requests an extension of time up to and including April 23, 2006 to file his Traverse.

The Court **HEREBY GRANTS** Petitioner's request for an extension of time to file his Traverse up to and including April 23, 2006. No further extensions will be granted.

**IT IS SO ORDERED.**

Initials of Preparer          RH