

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of )
the Creation of a Calendar ) CV 05-5057-CAS (VBK)
)
for ) ORDER OF THE
) CHIEF MAGISTRATE JUDGE
Magistrate Judge )
OSWALD PARADA )
_____)

06   031

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Magistrate Judge OSWALD PARADA,

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of Magistrate Judge VICTOR B. KENTON to the calendar of Magistrate Judge OSWALD PARADA for all further proceedings:

| | |
|---|---|
| CV 05 8646 NM(VBK) | Victor Darnell Legans v. Lydia E. Johnson |
| CV 05 1957 TJH(VBK) | Yoshiyuki Masato v. M. S. Evans |
| CV 05 4069 ABC(VBK) | Katheryn K. Medina v. JoAnne B. Barnhart |
| CV 05 4267 PA(VBK) | James Gregory Hahn v. A. P. Kane |
| CV 05 5057 CAS(VBK) | George Gage v. Stuart Ryan |
| CV 05 7439 FMC(VBK) | Guillermo Garcia v. James A. Yates |
| CV 05 8729 DDP(VBK) | Robert La Cava v. John Marshall |

Dated: January 20, 2006

Ralph Zarefsky, Chief Magistrate Judge

ENTERED ON CM 1/23/06