```
                                                      Priority   ✓
                                                      Send       ✓
                                                      Enter      ___
                                                      Closed     ___
           UNITED STATES DISTRICT COURT                JS-5/JS-6  ___
          CENTRAL DISTRICT OF CALIFORNIA               JS-2/JS-3  ___
                                                      Scan Only  ___

                      CIVIL MINUTES-GENERAL
```

Case No.  **CV 05-5057-CAS(OP)**                Date  **April 18, 2006**

Title: **George H. Gage v. George J. Guirbino**

------------------------------------------------------------------------

☐  U.S. DISTRICT

JUDGE
PRESENT:  THE HONORABLE  **OSWALD PARADA**

☒  MAGISTRATE JUDGE

| **Maynor Galvez** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                 ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                              NONE


PROCEEDINGS:   (IN CHAMBERS: PETITIONER'S REQUEST TO FILE TRAVERSE IN EXCESS OF PAGE LIMITS)

On July 11, 2005, petitioner filed a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On January 3, 2006, respondent filed an answer to the petition.  On January 5, 2006, an order was filed granting petitioner's request for an extension of time to file a traverse/reply.  The deadline set was April 23, 2006.

On April 5, 2006, the Court received petitioner's traverse to the answer along with an application to file the traverse in excess of twenty-five (25) pages.  Petitioner's request is granted, and the traverse is ordered filed.  This matter is now under submission.


cc:  All parties of Record



DOCKETED ON CM
APR 19 2006
BY              107

                                         Initials of Deputy Clerk _____