

FILED
CLERK, U.S. DISTRICT COURT

APR 1 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar )
 )
of )
 )
 )
Judge  OTIS D. WRIGHT, II )
_____)

ORDER OF THE CHIEF JUDGE

CV 05-5057 CAS(OP)

07-083

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Otis D. Wright II,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Christina A. Snyder to the calendar of Judge Otis D. Wright II:

| CV 03 | 2641 | CAS(MAN) | Cory H. Cooper v. Gail Lewis |
| CV 04 | 95 | CAS(VBKx) | Robert Benhabib v. Hughes Electronics Corp., et al |
| CV 05 | 5057 | CAS(OP) | George Gage v. Stuart Ryan |
| CV 05 | 8681 | CAS(VBKx) | Raymond Caluori v. Robert Bosch GMBH, et al |
| CV 06 | 1157 | CAS(SHx) | Spalding Labs., Inc. v. Arizona Biological Control, Inc. |
| CV 06 | 3353 | CAS(CTx) | Justin Bua, et al v. Yari Film Group LLC, et al |
| CV 06 | 5345 | CAS(AGR) | Alfredo Perez v. Derral Adams |
| CV 06 | 6796 | CAS(PLAx) | Althea Ledford v. City of Inglewood, et al |
| CV 06 | 7460 | CAS(AJWx) | Vincent Miller v. John MacKall, et al |
| CV 06 | 8157 | CAS(RZx) | E.A. Sullivan, et al v. Heartland Automotive Svcs., Inc. |
| CV 07 | 622 | CAS(MANx) | U. S. A. v. Kalman Benedek, et al |
| CV 07 | .1254 | CAS(RCx) | Christine Johnson v. Hartford Life and Accident Ins. Co. |
| CV 07 | 1359 | CAS | In re: Alan Schultz and Harrie Schultz |
| SA 05 | 469 | CAS(RC) | William Joseph Horn v. Sylvia Garcia |

DATED: April 16, 2007

_____
Chief Judge Alicemarie H. Stotler