George H. Gage
CSP-CEN III, T-57938
P.O. Box 0911
Imperial, Ca. 92251-0911



FILED
CLERK, U.S. DISTRICT COURT
JAN 8 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George H. Gage | NO. CV 05-5057 CAS(OP) |
| Petitioner | REQUEST FOR A STATUS REPORT OF PRO SE TRAVERSE. |
| V. | |
| Stuart Ryan, Warden | |
| Respondent. | |

   TO THE HONORABLE JUDGE OTIS D. WRIGHT III,
SIR, I UNDERSTAND THAT THE COURT IS CURRENNTLY DEALING WITH A HEAVY CASE LOAD, HOWEVER ITS BEEN APPROXIMATELY EIGHTEEN 18 MONTHS SINCE FILING MY PRO SE TRAVERSE WITH THE COURT AND THE ONLY THING I HAVE RECEIVED IS DOCUMENTS INFORMING ME THAT MY CASE WAS TRANSFERED TO YOUR CALENDER. THEREFORE I RESPECTFULLY REQUEST A STATUS REPORT OR SUMMARY OF MY CASE.

                                            RESPECTFULLY

                                            *George H. Gage* 12-30-07
                                            GEORGE H. GAGE

***CERTIFICATE AND PROOF OF SERVICE***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

I, George H. Gage, hereby certify that I am a party to this action, am over 18 years of age, and I am a California State Prisoner filing this action In Propria Persona. On December 30th, 2007, I served a copy of the:

MOTION REQUESTING A STATUS REPORT OF TRAVESE.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed by depositing said envelope in the United States Mail by way of CDC Institutional Mail, on the above date.

Addressed to:

Office of the California Attorney General
300 Spring Street
Los Angeles, California  90013

United States District Court
Central District of California
Office of the Clerk
U.S. Court House
Los Angeles, California  90012

I declare under penalty of perjury that the foregoing is true and correct under the laws governing the State of California and of the United States. [28 U.S.C. S 1746.]

Date: December 30, 2007

_George H. Gage_  12-30-07
George H. Gage
Petitioner, In Pro Per