# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 05-5057-ODW (OP)                    Date: January 30, 2008

Title: George H. Gage v. Stuart Ryan

---

PRESENT: THE HONORABLE   OSWALD PARADA          ☐ U.S. DISTRICT JUDGE

                                                ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
         NONE                                              NONE


**PROCEEDINGS:**   (IN CHAMBERS: CASE STATUS)

On July 11, 2005, petitioner filed a Petition for Writ for Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On January 3, 2006, respondent filed an Answer to the Petition. On April 5, 2006, petitioner filed a Traverse to the Answer. On January 8, 2008, petitioner filed a "Request for a Status Report" as to the Petition.

The Court attempts to decide all cases promptly after they are ready for decision. A variety of factors, including the Court's caseload, the legal and factual issues involved in cases, and other factors sometimes delay the disposition of particular matters. Petitioner's case will receive the Court's thorough consideration in the most expeditious manner possible. Petitioner need not file further documents unless otherwise ordered by the Court. The parties will be advised by mail when a decision is issued.

**IT IS SO ORDERED.**

cc: All Parties of Record

                                            Initials of Deputy Clerk_____

CV-90 (10/98)
CIVIL    MINUTES    -    GENERAL