# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge __Parada__

From: __M. Galvez__, Deputy Clerk    Date Received: __6/9/08__

Case No.: __CV05-5057-ODW(OP)__    Case Title: __Gage -v- Ryan__

Document Entitled: __Request for Enlargement of time__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☒ Other: __Proof of service incomplete; There is no Report & Recommendation on file. Case is stayed__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__6/17/08__    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

George H. Gage
T57938-B5-141
Centinela State Prison
P.O. Box 911
Imperial, CA 92251

United States District Court
Central District of California

RECEIVED/RETURNED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY _____ DEPUTY

George H. Gage
    Petitioner

v.

Stuart Ryan, Warden
    Respondent

Case No: CV-05-5057-ODW (OP)
Petitioner's Request for
An Enlargement of Time.

To the Honorable OSWALD PARADA, United States District Court Judge, the Petitioner having just received the Report and Recommendation of a Magistrate Judge on _____, 200_. Respectfully Request an Enlargement of Time for Thirty '30' days in order to prepare, copy, and submit his objection to the Magistrate R & R. Petition is a layman to law at best and his access to the prison law library is in fact sometimes limited.

Respectfully

*George H. Gage*
George H. Gage

Dated: June 6th, 2008

George Gage T57938-B5-141
Centinela State Prison
P.O. Box 911
Imperial, CA 92251

Legal Mail

OP

United State District Court
Central District of California
321 North Spring Street
Los Angeles, CA 90012