George H. Gage
Centinela State Prison
T-57938 - P.O. Box 911
Imperial, Calif.
         92251-0911



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

United States District Court
Central District of California

George H. Gage
   Petitioner

v.

George J. Giurbino, Warden
   Respondent

Case No.
CV-05-5057-ODW (OP)
Petitioner's Request for
one (1) thirty (30) day
enlargement of time
to file exhaustion of
Cunningham claim and
Declaration of
Raymond Sherman Sr.

To the Honorable Oswald Parada, United States Magistrate Judge: Sir, my name is Raymond Sherman Sr. I am an inmate currently incarcerated at C.S.P. Solano which is located in Vacaville CA. I have been assisting the Petitioner in the filing of his legal work since early 2005, ie, Federal Habeas Corpus, his

1

Motion and Request for Counsel, Traverse and All other motions in regards to his current case. Sir, Mr Gage is currently housed in Centinela State Prison and I in Solano, we are unable to correspond directly so his legal documents are forwarded to me via his Adult daughter whom resides in Mattapan, MA. The order issued IN RE: Stay and Abeyance was signed May 21, 2008, Transmitted May 28, 2008 and forwarded to me through Mr. Gage's daughter, I however just received the order yesterday June 30, 2008 via Priority Mail. Sir Mr Gage is an older man with bad eye sight and a below average G.P.A., I respectfully and humbly ask you that you allow one (1) thirty day enlargement of time in order to re-address and completely exhaust the Petitioners Cunningham Claim I am currently awaiting the necessary documents from the Petitioner's family so that this issue may be properly addressed I am currently in possession of the current court order and on behalf of the Petitioner I will follow this Court's order to the letter. So once again I humbly and

2

Respectfully ask you to grant the Petitioner this one (1) thirty (30) day enlargement of time so as not to prejudice the Petitioner's chances. And that this thirty (30) days commence upon your receiving this request.
Thank you


Respectfully Submitted this 1st day of July 2008 at C.S.P. Solano Vacaville, CA.

Ralph Shaw Sr. (H)
George H. Gage
Petitioner

## Declaration of Raymond Sherman Sr.

I Raymond Sherman Sr., declare under the penalty of perjury that the following is true and correct.

1) I have been assisting the Petitioner since early 2005 while we were both housed at Calipatria State Prison.

2) That the Petitioner and I are no longer housed in the same prison and we receive assistance in the forwarding of his legal documents, through his adult daughter.

3) That I just received the Court's order yesterday June 30, 2008 via Priority mail.

4) That all the information contained in the Petitioner's motion for an enlargement of time, is true.

Respectfully Submitted this 1st day of July 2008. At C.S.P. Solano, Vacaville, CA.

*Raymond Sherman Sr.*
RAYMOND SHERMAN SR.

4

28 U.S.C. §1744

I, Raymond Sherman SR. (4) George H. Gage, declare under the penalty of perjury that:

I am the __Petitioner__ in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this __1st__ day of __July__, __2008__, at California State Prison /Solano, Vacaville, California.

(Signature) __Rayd Sher Sr. (4) George H. Gage__
Declarant

*************************************************************

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __Calvin Secrest__, declare: That I am a resident of California State Prison / Solano, State of California; I am over the age of 18 years; I am/am not a party to the above entitled action; My address is P.O. Box 4000 1-135, Vacaville, CA 95696. I served the attached document(s) entitled: __Enlargement of Time and declaration of Raymond Sherman Sr.__

on the persons/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / Solano, in Vacaville, California, addressed as follows:

United States District Court
Central District of California
312 N. Spring St.
Los Angeles, CA.
90012

Atty. Gen.
L.A. Office
300 S. Spring St.
L.A., CA.
90013

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this __1st__ day of __July__, __2008__ at California State Prison / Solano, in Vacaville, California.

(Signature) __Calvin Secrest__
Declarant