UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-5057-CAS(OP)                Date   July 25, 2008

Title:  George H. Gage v. George J. Guirbino

---

| | ☐ U.S. DISTRICT |
|---|---|
| JUDGE PRESENT: THE HONORABLE OSWALD PARADA | |
| | ☒ MAGISTRATE JUDGE |

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
           NONE                                            NONE

PROCEEDINGS:   (IN CHAMBERS: PETITIONER'S REQUEST FOR EXTENSION OF TIME)

On July 11, 2005, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254.  On January 3, 2006, Respondent filed an Answer to the Petition.  On April 5, 2006, Petitioner filed a Traverse to the Answer.  On May 21, 2008, the Court issued an order staying the current proceedings pending Petitioner's exhaustion of his Cunningham claim.

On July 17, 2008, Petitioner filed a Request for Enlargement of Time to exhaust his Cunningham claim.  The Court grants Petitioner's request.  Petitioner shall have thirty (30) days to present his unexhausted claim in a habeas petition filed in the state courts.  Petitioner shall comply with all other provisions of the Court's May 21, 2008, order.

**IT IS SO ORDERED.**

cc:  All parties of Record

                                                    Initials of Deputy Clerk _____

---

CV-90 (10/98)                                                                    CIVIL
MINUTES    -    GENERAL