George H. Gage
Centinela State Prison
T-57938 - P.O. Box 911
Imperial, CA. 92251-0911

United States District Court
Central District of California

| | |
|---|---|
| George H. Gage<br>Petitioner,<br><br>v.<br><br>George J. Giurbino, Warden<br>Respondent | Case No.<br>CV-05-5057-ODW (OP)<br>IN RE:<br>Status Report. |

To the Honorable Oswald Parada, United States Magistrate Judge.

Sir, this is merely a brief summary to inform the Court that at present I'm awaiting the case number to the State Writ of Habeas Corpus which was filed on July 15, 2008. There has been no other change. And unless ordered differently I will continue to contact the Court on the 1st day of every month, the case number will follow as soon as I receive it.

Respectfully Submitted

George H. Gage     July 31, 2008

## VERIFICATION

(C.C.P. Sec. 446 § 202.5; 28 U.S.C. Sec. 1746)

I George H. Gage, declare under penalty of perjury that I am the petitioner in the above entitled case, I am over the age of eighteen (18) years. I belive the documents contained with in to be true and correct.

Executed this 31st day of July 2008.

7-31-08

George H. Gage
Declarant / Prisoner

## PROOF SERVICE BY MAIL

(C.C.P. Sec. 1013(a) § 2015.5; 28 U.S.C. Sec. 1746)

I Raymond Sherman Sr., declare under penalty of perjury that I am over the age of eighteen (18) years old, I am not a party in the above entitled action.

On July 31, 2008, I mailed through the prison mail system a motion titled "Status Report" to the;

United States District Court
Central District of California
312 North Spring St.
Los Angeles, CA. 90012

7-31-08

Ray Shen Sr.
Declarant / Prisoner