George H. Gage
T-57938   P.O. Box 911
Centinela State Prison
Imperial, Calif.
    92251-0911

FILED AUG 11 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District of California

| | |
|---|---|
| George H. Gage<br>Petitioner<br>V.<br>George J. Giurbino, Warden<br>Respondent | Case No.<br>CV-05-5057-ODW (OP)<br><br>State Supreme Court<br>Number - S165171.<br>Legal Summary. |

To the Honorable Oswald Parada, United States Magistrat Judge, Your Honor this is simply to inform the Court that the Petitioners State Habeas Corpus, IN RE: Cunningham Claim, was received and stamped filed July 17, 2008. The case number is S165171. If there is anything else in regards to this matter the Court will be notified at once. Thank you for your time.

Respectfully Submitted

4) George H. Gage
   George H. Gage

1

## VERIFICATION

(C.C.P. sec. 446 & 201.5; 28 U.S.C. sec. 1746)

I George H. Gage Declare that I am the Petitioner in this matter and that I am over the age of 18 and I believe the matters contained within are true to the best of my knowledge.

Dated August 7, 2008

Respectfully
4) _George H. Gage_
George H. Gage

## PROOF OF SERVICE BY MAIL

[C.C.P. sec. 1013(a) & 201.5; 28 U.S.C. Sec. 1746]

I Raymond Sherman Sr., Declare under the penalty of perjury that I am not a party in the above matter. I am over eighteen (18) years old and on August 7, 2008 I turned over a document titled "Legal Summary" to a Correctional Officer for sealing and depositing into the Prison mail System. Addressed to:

United States District Court
Central District of California
312 N. Spring St.
L.A., CA. 90012

Respectfully

Dated August 7, 2008

_Ray Sh Sr_
Raymond Sherman Sr.

2