George H. Gage
T-57938
P.O. Box 911
Imperial, CA. 92251-0911

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2008
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District of California

| | |
|---|---|
| George H. Gage<br>Petitioner<br><br>v.<br><br>George J. Giurbino, Warden<br>Respondent | Case Nos.<br>LA CV-05-5057-ODW (OP)<br><br>State Suprem Ct. No.<br>S165171<br>Status Report of<br>Petitioners Cunningham Claim |

To the Honorable Oswald Parada;
United States Magistrate Judge, Sir as ordered by the Court, the petitioner respectfully submits this brief status report informing the court, that as of this date August 29, 2008. There has been no change in the matter of Petitioner's exhaustion of his Cunningham Claim currently pending in the California State Supreme Court. As ordered; the petitioner will notify the court as soon as the State Court makes a decision.

Respectfully Submitted

Date: August 29, 2008

s/ George H. Gage
George H. Gage

1

## VERIFICATION

[C.C.P. Sec. 446 § 201.5; 28 U.S.C. Sec. 1746]

I, George H. Gage declare under penalty of perjury; that I am the Petitioner in this matter and that I am over the age of eighteen (18).

Executed this 29th day of August 2008.

s/ George H. Gage
George H. Gage

## PROOF OF SERVICE BY MAIL

[C.C.P. Sec. 1013(a) § 2015.5; 28 U.S.C. Sec 1746]

I, Raymond Sherman Sr., declare under the penalty of perjury that I am not a party in the above matter, and on August 29, 2008. I personally delivered to Correctional Staff, for the purpose of mailing a document titled; Status Report of Petitioner's Cunningham Claim: To be mailed to the:
United States District Court
Central District of California
312 North Spring St.
Los Angeles, CA. 90013

Date: August 29, 2008            Raymond Sherman Sr.
                                 Raymond Sherman Sr.

2