George H. Gage
T-57938
P.O. Box 911 - C.S.P.- Centinela
Imperial, Ca. 92251-0911

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States District Court
Central District of California

| | |
|---|---|
| George H. Gage<br><br>Petitioner<br><br><br>v.<br><br><br>George J. Giurbino, Warden<br>Respondent | Case No: CV05-5057-ODW(OP)<br><br>State Supreme Ct. No.<br>S165171<br>Status Report. |

To the Honorable Oswald Parada,
United States Magistrate Judge. The Petitioner Respectfully
Submits this breif Status Report. As of September 30, 2008
the Petitioner had Not Received Any information from
The California State Supreme Court in Regards to
the exhaustion of his Cunningham Claim filed July 17, 2008.
As Soon As the Petitioner hears Anything he will Notify
the Court immediately.

Respectfully Submitted

September 30, 2008

George H. Gage
George H. Gage

1.

## VERIFICATION
[C.C.P. SEC. 446 & 201.5; U.S.C. SEC. 1746]

I, George H. Gage am the petitioner in the matter at hand and I am also over the age of eighteen (18) years.

Executed this 30th day of September 2008 at Centinela State Prison Imperial, California 92251-0911

4) _George H. Gage_
George H. Gage

## PROOF OF SERVICE BY MAIL
[C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746]

I, Raymond Sherman Sr. am a resident of Solano State Prison located in Vacaville, Ca. I am over the age of eighteen (18).

On September 30, 2008, I served the following document titled: Status Report to the U.S. District Court, Central District of California. After having signed and sealed it in the presence of prison officials.
312 North Spring St.
Los Angeles, Ca. 90012

_Rayd Sher Sr._
Raymond Sherman Sr.

Raymond Sherman Sr.
T-58744 Bldg. 4-104-L
P.O. Box 4000 - CSP-Solano
Vacaville, Ca. 95696-4000

LEGAL MAIL

CSP SOLANO
STATE PRISON

UNITED STATES POSTAGE
$ 00.42°
PITNEY BOWES
02 1A
0004632981
MAILED FROM ZIP CODE 95687
OCT 01 2008

OCT 3 2008

CENTRAL DISTRICT OF CALIFORNIA
ODW (OP)
BY DEPUTY

In re, Cs.No. CV05-5057

U.S. District Court, Central Dist. of California
312 North Spring St.
Los Angeles, Ca. 90012