George H. Gage
T-57938 - P.O. Box 911
Centinela State Prison
Imperial, Ca.
   92251-0911



United States District Court
Central District of California

```
George H. Gage
        Petitioner.

v.

George J. Giurbino, Warden
        Respondent.
```

Case No. - CV 05-5057-ODW (OP)
Case No. State Supreme ct;
   S165171
Petitioner's, Status Report
of Pending Cunningham
Claim.

To the Honorable Oswald Parada, United States Magistrate Judge. Sir, this is to inform the court that as of Friday October 31, 2008. That the petitioner has not received any correspondence from the California State Supreme Court. As soon as the petitioner is notified he will contact the court as ordered.

Respectfully

10-31-08

s/ George H. Gage
George H. Gage

## VERIFICATION

[C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746]

I George H. Gage, state that I am the petitioner in this matter and that I am over the age of 18 "eighteen" years.

Executed this 31st day of October 2008

/s/ George H. Gage
George H. Gage

## Proof of Service by Mail

[C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746]

I Raymond Sherman Sr. declare that I am not a party in the above matter. I am over the age of 18 "eighteen" years.

On October 31st 2008, I served the forgoing document titled Petitioner's Status Report of Pending Cunningham Claim. To Correctional Staff after being inspected, Sealed and Signed it was placed in the institutional "Mailbox."

Dated: 10-31-08

Raymond Sherman Sr.
Raymond Sherman Sr.