George H. Gage
T-57938, P.O. Box 911
Centinela State Prison
Imperial, Ca. 92251-0911



United States District Court
Central District of California

George H. Gage
  Petitioner,

v.

George J. Giurbino, Warden
  Respondent,

Case No. CV-05-5057-ODW(OP)
State Supreme Ct. S165171.,
Petitioner's Court ordered
Summary Report. In Regards
to his Cunningham Claim.

To The Honorable OSWALD PARADA;
United States Magistrate Judge.

The petitioner, in compliance with the courts order is informing the court that as of December 31, 2008 he is yet to receive a response or decision from the California State Supreme Court in regards to his pending Cunningham Claim. On December 1, 2008 the petitioner filed a motion with the State Supreme Court requesting a status report, however at this point there has been no reply. As soon as the state court renders a decision the petitioner will notify the Honorable Court right away.

Respectfully

Dated: December 31, 2008

/s/ George H. Gage
George H. Gage
Petitioner

## VERIFICATION

[C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746]

I, George H. Gage, am the petitioner in the above entitled action and I am over the age of eighteen (18) years old.

*/s/ George H. Gage*
George H. Gage

## PROOF OF SERVICE BY MAIL

[C.C.P. SEC. 1013(a) & 2015.5; U.S.C. SEC. 1746]

I, Raymond Sherman Sr., declare under the penalty of perjury that I am not a party to the above action, that I am over the age of eighteen (18) years of old and that on 12-31-08, I deposited in the prison mailbox after inspection and sealing by correctional staff a motion titled "Petitioner's Court ordered Summary Report, In regards to his Cunningham Claim".

Respectfully

Dated: 12-31-08

Ray Sher Sr.
Raymond Sherman Sr.

Raymond Sherman Sr.
T-87794 Bldg. 4-241-L
P.O. Box 4000, CSP-Solano
Vacaville, Ca. 95876-4000

CALIFORNIA ST.; PRISON SOLANO

LEGAL MAIL

JAN - 8 2009

* Legal-Mail *

CSP SOLANO
STATE PRISON

02 1A
0004632981
MAILED FROM ZIP CODE 95687

$00.42⁰
JAN 06 2009
PITNEY BOWES

United States District Court
Central District of California
312 N. Spring St.
Los Angeles, Ca. 90012