George H. Gage
T-57938, P.O. Box 911
Centinela State Prison
Imperial, Ca. 92251-0911



FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DH DEPUTY

United States District Court
Central District of California

George H. Gage
    Petitioner
        v.
George J. Giurbino, Warden
    Respondent

Case No. CV-05-5057-ODW(OP)
State Suprem Ct No. S165171

Petitioner's Court ordered monthly Summary Report.

To the Honorable Oswald PARADA, United States Magistrate Judge. The petition seeks to inform the Court that as of January 29, 2009, there has been no contact in regards to the petitioners pending Cunningham Claim. On December 1, 2008, the petitioner requested a Status Report from the State Supreme Court, enclosed is a copy of the response. As soon as the petitioner receives a ruling the court will be notified at once.

Respectfully

Dated: January 29, 2009

/s/ George H. Gage
George H. Gage

## VERIFICATION

[C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746]

I, George H. Gage, declare that I am over the age of eighteen (18) years of age and the petitioner in the aforementioned matter.

Dated: 1-29-09

*/s/* George H. Gage
_____
George H. Gage

## PROOF OF SERVICE BY MAIL

[C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. 1746]

I, Raymond Sherman Sr., declare under the penalty of perjury that I am over the age of eighteen (18) years, that I am not a party in this matter.

Dated: January 29, 2009

Ray Sher Sr.
_____
RAYMOND SHERMAN SR.

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

—

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

December 2, 2008

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

**RECEIVED**

DEC 8 - 2008

**CLERK SUPREME COURT**

Mr. George H. Gage
T-57983
P. O. Box 911
Imperial, CA 92251-0911

    Re:    **S165171 — In re George H. Gage on Habeas Corpus**

Dear Mr. Gage:

    In reply to your letter received December 2, 2008, you are advised that your petition for writ of habeas corpus, received and filed July 17, 2008, is still pending.

    The California Rules of Court do not set a time limit within which the Supreme Court must act on habeas corpus petitions. The length of time the court requires to rule on such a petition depends on the complexity of the issues raised in the petition, and on the constraints imposed by the court's workload.

    While we do not know in advance when the court will decide your case, a copy of the court's decision will be mailed to you the same day it is filed. A copy of the current docket is enclosed for your convenience. Thank you.

                   Very truly yours,

                   FREDERICK K. OHLRICH
                   Court Administrator and
                   Clerk of the Supreme Court

                   By: C. Thompson, Deputy Clerk

Enclosure

# Supreme Court of California
## Docket Listing

S165171  Page 1 of 1

| | |
|---|---|
| **Case Number:** | S165171 |
| **Current Status:** | case initiated |
| **Case Title:** | GAGE (GEORGE H.) ON H.C. |
| **Start Date:** | 07/17/2008 |
| **Case Category:** | Original Proceeding - Habeas |

---

**Court of Appeals Case Information**

---

**Lower Court Case Information**

---

**Party Information**

GEORGE H. GAGE
Petitioner
P.O. Box 911
Imperial, CA 92251-0911

**Attorneys**

[None]

---

**Docket Events**

| Date | Event |
|---|---|
| 07/17/2008 | Petition for writ of habeas corpus filed by George H. Gage, petitioner in pro per - exhibits attached with petition. |