George H. Gage
Centinela State Prison
Imperial, Ca. 92251-0911



FILED
CLERK, U.S. DISTRICT COURT

MAR 6 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STATUS REPORT

George H. Gage
    petitioner


v.


George J. Giurbino, Warden

Dist. Ct. No.
        CV-05-5057-ODW-(OP)

State Supreme Ct. No.
        S165171
In-Re, Petitioners Pending
Cunningham Claim.


To The Honorable Oswald Parada, united States Magistrate Judge. As ordered by the Court the petitioner Respectfully Submit his Summary Report for the month of March 2009, as of this date the petitioner has Nothing to Report Since the California State Supreme Court has not yet Reached a decision, As Soon as the Court decides the petition, the petitioner will Notify the Court.


                    Respectfully


Dated: March 1, 2009          s/ George H. Gage
                              George H. Gage

1

## VERIFICATION

[ C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746 ]

I, George Gage, Declare I am the petitioner in the above matter and that I am over the age of eighteen years old.

Executed this 1st day of March 2009.

/s/ George H. Gage
George H. Gage

---

## PROOF OF SERVICE BY MAIL

[ C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746 ]

I, Raymond Sherman Sr., Declare that I am not a party in the above mentioned action, And that I am over the age of eighteen, and that on March 1, 2009 I turned this document over to Correctional Staff for the purpose of mailing.

Respectfully Submitted this 1st day of March 2009, from Solano State Prison.

Dated: 3/1/09

Raymond Sherman Sr.
RAYMOND SHERMAN Sr.

2