George H. Gage
Centinela State Prison
P.O. Box 911
Imperial, Calif. 92251-0911



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

George H. Gage,
    Petitioner,

v.

George J. Giurbino, Warden
    Respondent,

Case No:
CV-05-5057-ODW-(OP)

State Supreme Ct. Case No:
S165171

Petitioner's Summary IN-RE,
Cunningham Claim.

To The Honorable OSWALD PARADA, United States Magistrate Judge.

The Petitioner Respectfully Submits his Status Report as Ordered on May 21, 2008. As of this day March 31, 2009 the petitioner has not Received any Response from the California State Supreme Court, In Regards to the pending Exhaustion of Petitioner's Cunningham Claim.

As Soon as a decision is Rendered the Court will be notified at once.

Respectfully

Dated: March 31, 2009

George H Gage
George H. Gage

2

## VERIFICATION
(C.C.P. § 446; § 2015.5; 28 U.S.C. § 1746)

I, George H. Gage, declare that I am the petitioner in this matter and that I am over the age of (18) eighteen.

Executed this 31st day of March 2009.

/s/ George H. Gage
George H. Gage

## Proof of Service By Mail
(C.C.P. § 1013(a); § 2015.5; 28 U.S.C. § 1746)

I, Raymond Sherman Sr., declare that I am over the age of (18) eighteen years, and that I am not a party in the above entitled action, and that on March 31, 2009 I turned over to Correctional Staff a Document titled "Petitioners' Summary Report in re Cunningham Claim"

Respectfully Submitted this 31st day of March 2009.

Dated: March 31, 2009

Raymond Sherman Sr.