George H. Gage
T-57938, P.O. Box 911
Imperial, Ca. 92251-0911

FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. GAGE | CASE NO. |
| Petitioner, | CV-05-5057-ODW-(OP) |
| | STATE SUPREME CT. NO. |
| v. | S165171. |
| | Petitioner's monthly |
| GEORGE J. GIURBINO, Warden | Status Report IN Regards |
| Respondent | To Cunningham Claim. |

To The Honorable Oswald Parada,
UNITED STATES MAGISTRATE Judge:
    The Petitioner has as yet to Receive a decision or
any other Contact about the exhaustion of his Cunningham
Claim, which the ordered last year, As Soon As Any decision
is Rendered by the California State Supreme Court, the
District Court will be Notified at once.

Respectfully

Dated: June 1, 2009

4) George H. Gage
George H. Gage,
Petitioner.

1

## VERIFICATION

[C.C.P. SEC. 446 & 201.5; 28 U.S.C. 1746]

I, George H. Gage, declare that I am the petitioner in the above entitled matter, and that I am over the age of eighteen (18) years of age.

Executed this 1st day of June 2009.

Dated: June 1, 2009                              4/ George H. Gage
                                                  George H. Gage

## PROOF OF SERVICE BY MAIL

[C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. 1746]

I, Raymond Sherman Sr., declare that I am not a party in the above matter, and that I am over the age of eighteen (18) years old.

Respectfully Submitted this 1st day of June 2009.

Dated: June 1, 2009                              Ray Sher Sr.
                                                  RAYMOND SHERMAN SR.