UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-5057-ODW(OP)                    Date   June 8, 2009

Title: George H. Gage v. George J. Guirbino

--------------------------------------------------------------------------------

PRESENT: THE HONORABLE     OSWALD PARADA            ☐  U.S. DISTRICT JUDGE

                                                    ☒  MAGISTRATE JUDGE

  Maynor Galvez              N/A                         N/A
Deputy Clerk        Court Reporter / Recorder         Tape No.

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
           NONE                                              NONE


**PROCEEDINGS:**    (IN CHAMBERS: STAY AND ABEYANCE)


On July 11, 2005, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254.  On January 3, 2006, Respondent filed an Answer to the Petition.  On April 5, 2006, Petitioner filed a Traverse to the Answer.  On May 21, 2008, the Court issued an order staying the current proceedings pending Petitioner's exhaustion of his claim for relief pursuant to Blakely v. Washington, 542 U.S. 296, 124 S. Ct. 2531, 159 L. Ed. 2d 403 (2004) in light of Cunningham v. California, 549 U.S. 270, 127 S. Ct. 856, 166 L. Ed. 2d 856 (2007).  On June 4, 2009, Petitioner filed a Status Report with the Court indicating that he had not yet received a decision from the California Supreme Court with regard to his habeas petition filed there.

The Court has conducted an independent review of the California Supreme Court's website and has learned that the court denied Petitioner's habeas petition on December 23, 2008, "without prejudice to any relief to which petitioner might be entitled after this court decides In re Gomez, S155425:  whether a habeas corpus petitioner whose conviction became final

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES-GENERAL**</u>

Case No.  CV 05-5057-CAS(OP)                              Date   June 8, 2009

Title:  George H. Gage v. George J. Guirbino

Page 2
------------------------------------------------------------------------------

after <u>Blakely v. Washington</u> (2004) 542 U.S. 296 but before <u>Cunningham v. California</u> (2007) 549 U.S. 270 is entitled to the benefit of the high court's decision in <u>Blakely</u>."  (Official Records of California Courts.[1])  The Court has further learned that on February 2, 2009, the state supreme court issued its decision in <u>In re Gomez</u> and held that "the rule of <u>Cunningham v. California</u> applies on collateral review of a judgment that became final before Cunningham was decided but after <u>Blakely v. Washington</u> was decided.  <u>In re Gomez</u>, 45 Cal.4th 650, 660 (2009).  Since the state supreme court denied Petitioner's habeas petition without prejudice pending the outcome of <u>In re Gomez</u>, and the court has issued its decision in <u>In re Gomez</u>, it appears that no impediment exists for Petitioner to return to the state courts to exhaust his <u>Blakely/Cunningham</u> claim.

Based on the foregoing, IT IS HEREBY ORDERED that:
1.  The current proceedings are further stayed pending exhaustion of Petitioner's <u>Blakely</u> claim in light of <u>Cunningham</u>.
2.  Petitioner shall further exhaust this claim in a habeas corpus petition filed in state court within thirty days of the date of this Order.
3.  If Petitioner chooses to file his habeas petition in a state court other than the California Supreme Court, and his habeas petition is denied by that lower court, Petitioner shall present his unexhausted claim in a habeas petition filed in the next higher state court within thirty days of the lower court's denial.
4.  Within ten days of the filing of his state habeas petition(s), Petitioner shall lodge a conformed copy of the petition with this Court.  Within ten days of the issuance of any state court ruling on his state habeas petition(s), Petitioner shall lodge a copy of the ruling with this Court.
5.  Petitioner shall file a Status Report with the Court on the first day of each month, advising the Court on the status of the matter in the state court(s).

---

[1] The Court takes judicial notice of the state appellate court records for Petitioner's cases, which are available on the Internet at http://appellatecases. courtinfo.ca.gov.  See <u>Smith v. Duncan</u>, 297 F.3d 809, 815 (9th Cir. 2002) (federal courts may take judicial notice of relevant state court records in federal habeas proceedings).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-5057-CAS(OP)                    Date   June 8, 2009

Title: George H. Gage v. George J. Guirbino
                                                                        Page 3

6. Assuming Petitioner does not obtain habeas relief from the state courts, this matter will be held in abeyance until either (a) Petitioner lodges a copy of the California Supreme Court ruling on his habeas petition, or (b) Respondent advises the Court that the California Supreme Court has denied Petitioner's habeas petition, whichever occurs first.  At that time, the Court shall issue an order re: further proceedings.

**IT IS SO ORDERED.**

cc:  All parties of Record

                                                Initials of Deputy Clerk: jh-relief

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL