George H. Gage
T-57938, P.O. Box 911
Centinela State Prison
Imperial, Ca. 92251-0911

LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 5 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George H Gage, petitioner, <br><br> v. <br><br> George J. Giurbino, Warden | Case No: <br> CV-05-5057-ODW (OP) <br> Petitioner's Status Report, in Regards to the exhaustion of Cunningham Claim. |

To the Honorable Oswald Parada, United States Magistrate Judge; As of April 30, 2009 the petitioner has not received any information regarding the exhaustion of his Cunningham Claim which is currently pending in the California State Supreme Court. As soon as any information is received, the court will be notified at once.

Respectfully

Dated: 4-30-09

/s/ George H. Gage
George H. Gage
Petitioner

1

## VERIFICATION
[ C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746 ]

I, GEORGE H. Gage, declare that I am over the age of eighteen (18) years old, and that I am the petitioner in the above entitled matter.

Executed this 30th day of April 2009.

Respectfully

4-30-09

/s/ George H. Gage
GEORGE H. GAGE

## PROOF OF SERVICE by MAIL
[ C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746 ]

I, Raymond Sherman SR., declare under the penalty that I am over the age of eighteen (18) years old. And that I am not a party in the above entitled matter.

Executed this 30th day of April 2009.

4-30-09

/s/ Raymond Sherman Sr.
RAYMOND SHERMAN SR.