George H. Gage
T-57938, P.O. Box 911
Centinela State Prison
Imperial, CA. 92251-0911

FILED
CLERK, U.S. DISTRICT COURT

JUL 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

George H. Gage,
   Petitioner,

V.

George J. Giurbino, Warden,
   Respondent.

Case No: CV-05-5057-ODW-(OP)

State Supreme Ct. No.
S165171

To the Honorable OSWALD PARADA, United States Magistrate Judge; As per the Court Order, the petitioner Respectfully submits his monthly status report. As of July 1, 2009, there has been no response from the State Supreme Court in regards to the exhaustion of his Cunningham Claim. When there is the Court will be notified at once.

Respectfully

Dated: 7-1-09

George H. Gage
GEORGE H. GAGE

## VERIFICATION

[C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746]

I, George H. Gage, Respectfully submit the above information I declare that I am the petitioner in this matter and that I am over the age of eighteen years old.

executed this 1st day of July 2009.

Respectfully

July 1, 2009

4) *George H. Gage*
George H. Gage

## PROOF OF SERVICE BY MAIL

I Raymond Sherman Sr., Declare under the penalty of perjury that I am not a party to the above entitled action and that I am over the age of 18 years old on July 1, 2009, I deposited documents titled "Petitioner's monthly Status Report, In Regards to Cunningham Claim" in the Prison mail box after it was Signed by Prison Staff.

Respectfully

Dated: July 1, 2009

*Ray Sher Sr.*
Raymond Sherman Sr.