

Raymond Sherman Jr.
P.O. Box 4000, C.S.P. - Solano
Vacaville, Ca. 95696-4000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN-RE, GEORGE H. GAGE<br>Petitioner,<br><br>V.<br><br>GEORGE J. GUIRBINO, WARDEN<br>Respondent, | CASE NO.<br>CV-05-5057-ODW (OP)<br>Motion of Explanation,<br>and request for a 30 day<br>enlargement of time to<br>file Blakely v. Washington<br>Claim for Exhaustion. |

To The Honorable Oswald Parada, United
States Magistrate Judge, Sir I am writing on behalf
of the petitioner George H. Gage, on June 8, 2009, an
order for a (STAY AND ABEYANCE) was issued, the Petitioner
was told to exhaust his Blakely v. Washington Claim at
the State Supreme Court, based on IN RE Gomez, 5155 425
45 col. 4th 650, 660 (2009). I have begun preparing Mr Gages
State writ of Habeas Corpus, however there was a delay
in our correspondence which makes it impossible to
do so within the (30) thirty days from the time of
its issuance. The State writ will be filed forthwith.

1

And the Court will be Notified within the required Ten (10) days. Thus on behalf of Mr. Gage, Petitioner Respectfully Request a 30 day enlargement of time from the day the Honorable Court Receives the motion of explanation and request for an enlargement of time. Thanking the Honorable Oswald Parada, for any assistance and consideration in this matter.

Respectfully Submitted this 30th day of July from Solano State Prison located in Vacaville, CA.

Ray Sherm Sr.

RAYMOND SHERMAN SR.

2