UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES-GENERAL


Case No.   CV 05-5057-CAS(OP)                Date   August 27, 2009

Title: George H. Gage v. George J. Guirbino

------------------------------------------------------------------------------------------------------------------

PRESENT: THE HONORABLE   OSWALD PARADA             ☐  U.S. DISTRICT JUDGE

                                                   ☒  MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
              NONE                                              NONE

**PROCEEDINGS:**    (IN CHAMBERS: STAY AND ABEYANCE) - [Link & Term Doc. No. 52]

On July 11, 2005, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On January 3, 2006, Respondent filed an Answer to the Petition. On April 5, 2006, Petitioner filed a Traverse to the Answer.

On May 21, 2008, the Court issued an order staying the current proceedings pending Petitioner's exhaustion of his claim for relief pursuant to Blakely v. Washington, 542 U.S. 296, 124 S. Ct. 2531, 159 L. Ed. 2d 403 (2004) in light of Cunningham v. California, 549 U.S. 270, 127 S. Ct. 856, 166 L. Ed. 2d 856 (2007). On June 6, 2009, the Court granted Petitioner thirty (30) days in which to file a habeas petition in the California Supreme Court after learning of that court's ruling in In re Gomez, 45 Cal.4th 650, 660 (2009).

On August 3, 2009, Petitioner filed a request for an extension of time to file his habeas petition in the state supreme court. On August 10, 2009, Petitioner filed a copy of the recently filed habeas petition in the state supreme court. The Court has confirmed through its independent search of the California Court's website that Petitioner filed his habeas petition in that court on August 7, 2009. Based on the foregoing, the Court denies Petitioner's request for an extension of time as moot.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 05-5057-CAS(OP)                           Date   August 27, 2009

Title: George H. Gage v. George J. Guirbino
                                                                    Page 2
---

Since Petitioner now has a habeas petition pending in the state supreme court, he shall continue to file a monthly Status Report advising the Court on the status of the pending habeas petition.  Assuming Petitioner does not obtain habeas relief from the state courts, this matter will be held in abeyance until either (a) Petitioner lodges a copy of the California Supreme Court ruling on his habeas petition, or (b) Respondent advises the Court that the California Supreme Court has denied Petitioner's habeas petition, whichever occurs first.  At that time, the Court shall issue an order re: further proceedings.

**IT IS SO ORDERED.**

cc:  All parties of Record

                                                  Initials of Deputy Clerk jh-relief

CV-90 (10/98)
CIVIL    MINUTES    -    GENERAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-5057-CAS(OP)                     Date  August 27, 2009

Title: George H. Gage v. George J. Guirbino

---

PRESENT: THE HONORABLE   OSWALD PARADA         ☐ U.S. DISTRICT JUDGE

                                               ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: STAY AND ABEYANCE) - [Link & Term Doc. No. 52]

On July 11, 2005, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On January 3, 2006, Respondent filed an Answer to the Petition. On April 5, 2006, Petitioner filed a Traverse to the Answer.

On May 21, 2008, the Court issued an order staying the current proceedings pending Petitioner's exhaustion of his claim for relief pursuant to Blakely v. Washington, 542 U.S. 296, 124 S. Ct. 2531, 159 L. Ed. 2d 403 (2004) in light of Cunningham v. California, 549 U.S. 270, 127 S. Ct. 856, 166 L. Ed. 2d 856 (2007).  On June 6, 2009, the Court granted Petitioner thirty (30) days in which to file a habeas petition in the California Supreme Court after learning of that court's ruling in In re Gomez, 45 Cal.4th 650, 660 (2009).

On August 3, 2009, Petitioner filed a request for an extension of time to file his habeas petition in the state supreme court. On August 10, 2009, Petitioner filed a copy of the recently filed habeas petition in the state supreme court. The Court has confirmed through its independent search of the California Court's website that Petitioner filed his habeas petition in that court on August 7, 2009. Based on the foregoing, the Court denies Petitioner's request for an extension of time as moot.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 05-5057-CAS(OP)                              Date   August 27, 2009

Title: George H. Gage v. George J. Guirbino
                                                                                  Page 2
--------------------------------------------------------------------------------

Since Petitioner now has a habeas petition pending in the state supreme court, he shall continue to file a monthly Status Report advising the Court on the status of the pending habeas petition.  Assuming Petitioner does not obtain habeas relief from the state courts, this matter will be held in abeyance until either (a) Petitioner lodges a copy of the California Supreme Court ruling on his habeas petition, or (b) Respondent advises the Court that the California Supreme Court has denied Petitioner's habeas petition, whichever occurs first.  At that time, the Court shall issue an order re: further proceedings.

**IT IS SO ORDERED.**

cc:   All parties of Record

                                                    Initials of Deputy Clerk jh-relief

CV-90 (10/98)
CIVIL    MINUTES    -    GENERAL