George H. Gage
Centinela State Prison
P.O. Box 0911
Imperial, Ca. 92251-0911
FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George H. Gage,<br>Petitioner,<br><br>v.<br><br>George J. Giurbino, Warden<br>Respondent | CASE NO;<br>CV-05-5057-ODW(OP)<br><br>Supreme Ct. Case No;<br>S175327<br>Status Report of<br>Petitioner's Blakely/Cunningham Claim. |

To The Honorable Oswald Parada, United States Magistrate Judge. The Petitioner wish's to inform the court that his second state writ of Habeas Corpus has been filed with the California Supreme Court, and the case number is S175327. The Petitioner would also like to inform the court that he was never notified by the state court as to the conclusion of his last petition, therefore he can only inform the court monthly via Status Report of that which he knows;.

Respectfully

Date; 8-30-09

/s/ George H. Gage
George H. Gage

## VERIFICATION

(C.C.P. 446; 2015.5; 28 U.S.C. 1746)

I, George H. Gage, declare that I am the Petitioner in the above matter, and that I am over the age of eighteen (18) years old.

Respectfully Submitted this 30th day of August 2009.

Date: 8-30-09

/s/ George H. Gage
GEORGE H. GAGE

## PROOF OF SERVICE

I Raymond Sherman Sr., declare that I am over the age of eighteen (18) years old, that I am not a party in the above matter, and that on the 30th day of August 2009, I deposited in the prison mail box a motion titled "Status Report of Petitioner's Blakely/Cunningham" Claim, after it was sealed and dated by Correctional Staff.

Respectfully Submitted this 30th day of August 2009.

Date: 8-30-09

/s/ Raymond Sherman Sr.
RAYMOND SHERMAN JR.

2