George H. Gage
Centinela State Prison
T-57938, P.O. Box 0911
Imperial, CA.
92251-0911

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| George H. Gage | CASE NO. CV-05-5057-ODW-(OP) |
| Petitioner, | State Supreme Ct. No. S175327 |
| v. | Status Report IN-RE, Petitioner's Exhaustion of Blakely v. Washington / Cunningham Claim. |
| George J. Giurbino, Warden Respondent. | |

To the Honorable Oswald Parada, United States Magistrate Judge, As ordered by the Court in the Courts order from June 8, 2009. The Petitioner wish's to inform the Court that there has been no contact from the California Supreme Court in-regards to his Blakely/Cunningham claim filed via Habeas Corpus. Petitioner, respectfully reminds the Court that the State Court failed to inform him of the previous proceedings as well, and the Petitioner has no Internet access.

Date: September 30, 2009

/s/ George H. Gage
George H. Gage

(1)

## VERIFICATION
(C.C.P. 446; 2015.5; 28 U.S.C. 1746)

I, George H. Gage, declare that I am the petitioner in the above matter and that I am over the age of eighteen (18) years old.

Respectfully Submitted this 30th day of September 2009.

/s/ *George H. Gage*
George H. Gage

## Declaration of Service by Mail
(C.C.P. 1013(a); 2015.5; 28 U.S.C. 1746)

I, Raymond Sherman Sr., declare that I am not a party in the above matter, and that on September 30, 2009 I gave the above documents titled, "Status Report, In Re, petitioner's exhaustion of Blakely/Cunningham claim to Correctional Staff of the purpose of inspection and mailing.

Respectfully Submitted this 30th day of September, 2009.

*Raymond Sherman Sr.*
RAYMOND SHERMAN SR.

(2)