George H. Gage
Centinela State Prison
T-57938, P.O. Box 0900
Imperial, Calif.
92251-0900

FILED
CLERK, U.S. DISTRICT COURT
NOV 4 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| George H. Gage, Petitioner, v. George J. Giurbino, Warden, Respondent, | Case No: CV-05-5057-ODW-(OP) State Supreme Ct. No: S175327, Petitioner's Status Report in Regards to Blakely / Cunningham Claim. |
|---|---|

To The Honorable Oswald Parada, United States Magistrate Judge. Per your court order, the petitioner wishes to inform the court as of this date that there has been no decision/denial received from the California State Supreme Court. Petitioner also respectfully reminds the Court, that the Supreme Court of California had failed to notify the petitioner on the previous decision/denial also.

Date: November 1, 2009

/s/ George H. Gage
George H. Gage

## VERIFICATION
(C.C.P. §446; §2015.5; 28 U.S.C. §1746)

I, George H. Gage, Declare that I am over the age of eighteen (18) and that I am the Petitioner in the above matter.

DATE: 11-01-09          /s/ George H. Gage
                        George H. Gage

## Declaration of Service by Mail

I, Raymond Sherman Sr, Declare that I am Not A party in the Above mentioned matter and that on November 01, 2009, I Turned over Legal documents Titled Petioner's Status Report In, Regards to Blakley/Cunningham Claim. To Correctional Staff for Inspection and Sealing then it was deposited in the building/units outgoing mail Box.

DATE: November 01, 2009          Raymond Sherman Sr.
                                 Raymond Sherman Sr.