1  George H. Gage
2  C.S.P.- Centinela
3  P.O. Box 0911 - T-57938
4  Imperial, CA.
5  92251-0911

FILED
CLERK, U.S. DISTRICT COURT
DEC 7 2009
CENTRAL DISTRICT OF CALIFORNIA
          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| George H. Gage, Petitioner, v. George J. Giurbino, Warden | Dist. Case No; CV-05-5057-ODW (OP) State Supreme Ct. No; S175327 Petitioner monthly status Report IN RE, Blakely/Cunningham. |
|---|---|

To The Honorable OSWALD PARADA, United States Magistrate Judge, the petitioner Respectfully submits his Court ordered monthly Status Report in Regards to his pending Blakely/Cunningham Claim in the California State Supreme Court, As of 11-29-09, there has been No Communication from the state Court, And As Soon As the petitioner is made aware of Any decision from the State Court, The District Court will be notified At once.

Respectfully Submitted, ⁴/ George H. Gage

DATE: November 29, 2009         ⁴/ George H. Gage

## VERIFICATION

(C.C.P. § 446; § 2015; 28 U.S.C. § 1746)

I George H. Gage, declare that I am the petitioner in the above entitled case and that I am over the age of eighteen (18) years of age.

Respectfully Submitted

Dated: 11-29-09    4) *George H. Gage*
                      George H. Gage

## Declaration of Service By Mail

I Raymond Sherman SR., Declare I am not a party of the above matter and that I am over the age of eighteen (18) years old. that on November 29, 2009 I turned over a 2 page Document titled "Petitioner's Monthly Status Report In Re, Blakely/Cunningham, to Correctional Staff for inspection and Sealing and watched be deposited in the outgoing mailbox.

Dated: 11-29-09    *Ray Sherman Sr.*
                      RAYMOND SHERMAN SR.

2