UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 05-5057-ODW(OP)                    Date: January 22, 2010

Title: George H. Gage v. George J. Guirbino

-------------------------------------------------------------------------------

PRESENT: THE HONORABLE    OSWALD PARADA            ☐ U.S. DISTRICT JUDGE

                                                   ☒ MAGISTRATE JUDGE

Maynor Galvez              N/A                        N/A
Deputy Clerk        Court Reporter / Recorder       Tape No.

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                        NONE


PROCEEDINGS:   (IN CHAMBERS: LIFTING OF STAY AND ABEYANCE)

On July 11, 2005, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On January 3, 2006, Respondent filed an Answer to the Petition. On April 5, 2006, Petitioner filed a Traverse to the Answer.

On May 21, 2008, the Court issued an order staying the current proceedings pending Petitioner's exhaustion of his claim for relief pursuant to <u>Blakely v. Washington</u>, 542 U.S. 296, 124 S. Ct. 2531, 159 L. Ed. 2d 403 (2004) in light of <u>Cunningham v. California</u>, 549 U.S. 270, 127 S. Ct. 856, 166 L. Ed. 2d 856 (2007). On June 6, 2009, the Court granted Petitioner thirty (30) days in which to file a habeas petition in the California Supreme Court after learning of that court's ruling in <u>In re Gomez</u>, 45 Cal.4th 650, 660 (2009).

On August 10, 2009, Petitioner filed a copy of his recently filed habeas petition in the state supreme court, case number S175327. The Court confirmed through its independent search of the California Court's website that Petitioner filed his habeas petition in that court on August 7, 2009. The Court has recently confirmed through its independent search of the supreme court's website that the aforementioned petition was denied on January 13, 2010.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 05-5057-ODW(OP)        Date: January 22, 2010

Title: George H. Gage v. George J. Guirbino
                                                                 Page 2
---

Based on the foregoing, the previously imposed stay is hereby lifted. Respondent shall file a Supplemental Answer addressing only Petitioner's newly exhausted Cunningham claim within forty-five days of the date of this order. Petitioner shall have thirty days from the date of receipt of the supplemental answer to file a Supplemental Traverse/Reply. Thereafter, the matter shall be deemed submitted.

**IT IS SO ORDERED.**

cc:   All parties of Record

Initials of Deputy Clerk ___

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL