George H. Gage
J-57938 93-04-28
P.O. Box 715071, F.S.P.
Represa, Ca. 95671

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2010
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| George H. Gage, Petitioner, | Case No: CV-05-5057-ODW (OP). |
|---|---|
| v. | STATE CT. NO. S175327. PETITIONER'S MONTHLY STATUS REPORT, IN RE, EXHAUSTION OF HIS BLAKELY/CUNNINGHAM CLAIM. |
| George J. Giurbino, Warden, Respondent, | |

To The Honorable OSWALD PARADA, United States Magistrate Judge.

The Petitioner respectfully brings to the attention of the court that as of February 01, 2010, he has yet to receive any notification from the California Supreme Court in regards to his pending Exhaustion of his Blakely/Cunningham Claim. Once the petitioner is notified he in turn will notify the District Court at once.

Respectfully Submitted

Dated: 02-01-10

/s/ George H. Gage
George H. Gage

1

VERIFICATION

(C.C.P. §§ 446; §§ 2015.5; 28 U.S.C. §§ 1746)

I, George H. Gage, declare that I am the Petitioner in the above entitled matter, and that I am over the age of eighteen (18) years old.

Respectfully Submitted this 1st day of February 2010.

Dated: 02-01-10        4) /s/ George H. G
                         George H. Gage

DECLARATION OF SERVICE BY MAIL

(C.C.P. § 1013(a); §§ 2015.5; 28 U.S.C. §§ 1746)

I, Raymond Sherman Sr., declare that I am not a party in the above titled matter, and that I am over the age of eighteen (18) years old. And that on February 01, 2010 I submitted documents titled: "PETITIONER'S MONTHLY STATUS REPORT, IN RE: EXHAUSTION OF HIS BLAKELY/CUNNINGHAM, CLAIM". To correctional staff for inspection and mailing after being sealed.

Respectfully Submitted, this 1st day of February 2010.

Dated: 02-01-10        /s/ Raymond Sherman Sr.
                         RAYMOND SHERMAN SR.

2