George H. Gage
T-57938, S-GA-128
Folsom State Prison
P.O. Box 715071
Represa, CA. 95671

FILED
CLERK, U.S. DISTRICT COURT
APR 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| George H. Gage, Petitioner, | CASE NO: CV-05-5057-ODW (OP) |
|---|---|
| v. | INQUIRY AS TO THE RESPONDENT'S FAILURE TO RESPOND TO COURTS ORDER. |
| George J. Giurbino, Respondent, | AND REQUEST HIS PETITION BE GRANTED BY DEFAULT. |

TO The HONORABLE OSWALD PARADA, United States Magistrate Judge. Sir, on January 22, 2010, the Honorable Court issued an order to the Respondent to reply, via, a Supplemental Answer to petitioners current Cunningham Claim. It has now been approximately seventy-five (75) days, and the petitioner has yet to receive any contact from the respondent, be it an answer or request for more time. THEREFORE, the petitioner respectfully request the Court to GRANT, his petition by DEFAULT.

Respectfully Submitted this 11th day of April 2010.

DATE: 04-11-2010

/s/ George H. Gage
George H. Gage

1

VERIFICATION

(C.C.P. §446; §2015.5; 28 U.S.C. §1746)

I, George H. Gage, declare that I am the petitioner in the above entitled matter and that its contents or true and correct.

Respectfully Submitted this 11th day of April 2010.

Date: April 11, 2010                          4) *George H. Gage*
                                                 George H. Gage

DECLARATION OF SERVICE BY MAIL

(C.C.P. § 1013(a); §2015.5; 28 U.S.C. §1746)

I, Raymond Sherman Sr. declare that on April 11, 2010 I turned over to Correctional Staff two (2) envelopes for the purpose of inspection and mailing; Documents Titled: "INQUIRY AS TO THE RESPONDENT'S FAILURE TO RESPOND TO COURT'S ORDER. AND REQUEST HIS PETITION BE GRANTED BY DEFAULT." Documents were mailed To:

| UNITED STATES DISTRICT COURT | Calif. Attorney Gen. |
| CENTRAL DISTRICT OF CALIFORNIA | 455 Golden Gate Ave #11000 |
| U.S. Courthouse, Rm. G8 | San Francisco, CA. |
| L.A., CA. 90012 | 94102-3664 |

Date: 04-11-2010                          *Raymond Sherman Sr.*
                                             Raymond Sherman Sr.

2

California State Prison-Solano
P. O. Box 4000
Vacaville, CA 95696
Name Raymond Sherman Sr.
CDC# T-58794   Bldg/Bed 1-205-L

CALIFORNIA ST. PRISON SOLANO

*LEGAL~MAIL*

California Dept. of Corrections and Rehabilitation
INDIGENT MAIL
P. O. BOX 3000 MONEY ORDERS ONLY

CSP SOLANO
STATE PRISON

RECEIVED
CLERK, US DISTRICT COURT
APR 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY: MR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE, RM G8
LOS ANGELES, CA.

(IN RE, CASE NO, CV-05-5057-ODW-(OP))

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004632981   $00.44
MAILED FROM ZIP CODE 95687   APR 12 2010