EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
E. CARLOS DOMINGUEZ
Deputy Attorney General
State Bar No. 241097
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2413
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE H. GAGE,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE J. GUIRBINO,**<br><br>Respondent. | Case No. CV 05-5057-ODW (OP)<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF E. CARLOS DOMINGUEZ**<br><br>The Honorable Oswald Parada<br>United States Magistrate Judge |

Respondent respectfully requests a thirty-day extension of time, to and including May 27, 2010, to file a Supplemental Answer to Petition for Writ of Habeas Corpus.

/ / /

/ / /

/ / /

/ / /

/ / /

1  This Application is made for good cause, as set forth in the attached declaration of E. Carlos Dominguez.

Dated: April 27, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General

 /s/  E. Carlos Dominguez
E. CARLOS DOMINGUEZ
Deputy Attorney General
*Attorneys for Respondent*

LA2005502145
50632542.doc

**DECLARATION OF E. CARLOS DOMINGUEZ**

I, E. CARLOS DOMINGUEZ, hereby declare under penalty of perjury:

1. I am a Deputy Attorney General for the State of California assigned to the Appeals, Writs and Trials Section of the Criminal Law Division in Los Angeles, California. I am licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the attorney currently assigned to represent the Respondent in the matter of *George H. Gage v. George J. Guirbino*, United States District Court case number CV 05-5057-ODW (OP).

2. Pursuant to the Court's Order dated January 22, 2010, a Supplemental Answer addressing Petitioner's newly exhausted *Cunningham* claim was due by March 8, 2010.

3. Due to an unintentional failure to properly re-assign the case after the previously assigned deputy retired, counsel for Respondent did not have knowledge of the Court's Order until today.

4. Accordingly, I respectfully request a thirty-day extension of time to May 27, 2010, to file the Supplemental Answer. Absent extraordinary circumstances, I do not anticipate requesting additional extensions of time in this case. On behalf of my office, I apologize for our oversight in connection with the Court's January 22 Order.

5. Since Petitioner is representing himself and is incarcerated, I have not contacted him to determine whether he has an objection to this application.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of April, 2010, in Los Angeles, California.

／s/ E. Carlos Dominguez
E. CARLOS DOMINGUEZ
Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name: **George H. Gage v. Stuart J. Ryan**   No. CV 05-05057-CAS (OP)

I hereby certify that on <u>April 27, 2010</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF E. CARLOS DOMINGUEZ**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>April 27, 2010</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**George H. Gage**
**T-57938, 5-BA-128**
**Folsom State Prison**
**P.O. Box 715071**
**Represa, CA 95671**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 27, 2010</u>, at Los Angeles, California.

J.R. Familo
Declarant

Signature

50632622.doc