EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
E. CARLOS DOMINGUEZ
Deputy Attorney General
State Bar No. 241097
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2413
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE H. GAGE,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**GEORGE J. GUIRBINO,**<br><br>　　　　　　　　　　Respondent. | Case No. CV 05-05057-CAS (OP)<br><br>**[PROPOSED] ORDER**<br><br><br><br>The Honorable Oswald Parada<br>United States Magistrate Judge |

　　　Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted a thirty-day extension of time, to May 27, 2010, to file a Supplemental Answer to Petition for Writ of Habeas Corpus.　Presented by:**/s/ E.Carlos Dominguez**

　　　　　　　　　　　　　　　　　　　　　　　E. Carlos Dominguez
　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

Dated: _____　　　_____
　　　　　　　　　　　　　　　　The Honorable Oswald Parada
　　　　　　　　　　　　　　　　United States Magistrate Judge

LA2005502145
50632589.doc

1

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | George H. Gage v. Stuart J. Ryan | No. | CV 05-05057-CAS (OP) |

I hereby certify that on <u>April 27, 2010</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>April 27, 2010</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**George H. Gage**
**T-57938, 5-BA-128**
**Folsom State Prison**
**P.O. Box 715071**
**Represa, CA 95671**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 27, 2010</u>, at Los Angeles, California.

| | |
|---|---|
| J.R. Familo | [signature] |
| Declarant | Signature |

50632622.doc