1  EDMUND G. BROWN JR.
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  KENNETH C. BYRNE
   Supervising Deputy Attorney General
5  E. CARLOS DOMINGUEZ
   Deputy Attorney General
6  State Bar No. 241097
    300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
     Telephone: (213) 897-2413
8    Fax: (213) 897-6496
     E-mail: DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. GAGE,<br><br>Petitioner,<br><br>v.<br><br>GEORGE J. GUIRBINO,<br><br>Respondent. | Case No. CV 05-05057-CAS (OP)<br><br>[PROPOSED] ORDER<br><br>The Honorable Oswald Parada<br>United States Magistrate Judge |

Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted a thirty-day extension of time, to May 27, 2010, to file a Supplemental Answer to Petition for Writ of Habeas Corpus.   Presented by: **/s/ E.Carlos Dominguez**

E. Carlos Dominguez
Deputy Attorney General

Dated: 4/28/10

_____
The Honorable Oswald Parada
United States Magistrate Judge

LA2005502145
50632589.doc

1