George H. Gage
T-57938, 5-BA-128
C.S.P.-Folsom
P.O. Box 715071
Represa, CA. 95671

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

George H. Gage,

    Petitioner,

v.

George J. Giurbino, Warden,

    Respondent,

Case NO: CV-05-5057-ODW-(OP). PETITIONERS OBJECTION TO THE REPORT AND RECOMMENDATION OF A UNITED STATES MAGISTRATE JUDGE.

TO THE HONORABLE OTIS D. WRIGHT, II, UNITED STATES DISTRICT COURT JUDGE.

    Petitioner, George H. Gage, Respectfully submit this objection to the Report and Recommendation in the above entitled matter filed on October 26, 2010, by the Honorable Oswald Parada, United States Magistrate Judge.

    Petitioner Respectfully objects to and alleges as follows:

GROUND I, Petitioner objects to the following findings of the Magistrate Judge that Habeas Relief is not warranted on Petitioner claim of Instructional Error. And Reiterates, his argument in its entirety, the trial courts failure to give a unanimity instruction did in fact violate his constitutional rights, specifically the Sixth and Fourteenth Amendments.

1.

GROUND 2; Petitioner objects to the findings of the Magistrate Judge's that, Habeas Relief is not warranted with respects to Petitioner's claim that there was Insufficient Evidence to Support Rape Allegations. The Petitioner Reiterates his Claim, as well as his knowledge in the fact that these Allegations never happen, this was one of the reasons a new trial was granted on November 27, 2000, Although that order was reversed by order of the Court of Appeal. Upon an appropriate Review of the Records in their entirety it will be determined, that after medical examinations of the victim, it would be simply phisically impossible for the Allegations of rape by penetration to have happen, given there was no damage to the hymen. The actual victim is the Petitioner, he is in fact the victim of a Womans Scorn, that being his Ex-wife.

GROUND 3; Petitioner objects to the findings of the magistrate Judge, and Reiterates his claim in its entirety.

GROUND 4; Petitioner objects to the findings of the Magistrate Judge that he is not entitled to Habeas Relief, and that Relief is not warranted on Petitioner's claim that the imposition, of consecutive terms, and the upper term sentence violated his right to a Jury trial under Blakley and Cunningham, the Petitioner Reiterates his initial contentions and objects to the magistrates speculation as to what a Jury "might" have determined had they been given aggravating factors, this does not follow the constitutional concept of a fair trial, in fact, it is the belief of the Petitioner that

2.

the Respondent is being allowed a second bite at the apple. Considering the facts of the case, the Petitioner's age at the time of sentencing, this error is anything but harmless. It is the belief of the Petitioner that based on Apprendi, Blakely and Cunningham, and the way his trial and sentencing went, he is in fact entitled to Relief.

The Petitioner respectfully objects to the denial of grounds I thru IV, without the holding of an evidentiary hearing into the facts of Petitioner's claims. Petitioner, expressly request an evidentiary hearing and asserts that his claims may be adequately addressed without such.

To the extent that the Magistrate makes factual findings necessarily included in the above findings objected to, Petitioner objects to each and every factual finding.

This objection is made upon the Points and Authorities attached hereto, and upon previously filed papers in this matter which are incorporated herein by reference.

Respectfully Submitted this 16th day of November, 2010.

DATE: 11-16-2010

George H. Gage
GEORGE H. GAGE,
PRO SE.

3.

## POINTS AND AUTHORITIES

The objection to the Report and Recommendation of a United States Magistrate Judge must be granted if Petitioner makes a "substantial showing of the denial of a Constitutional Right." 28 U.S.C. 2253(c)(2); see also Barefoot v. Estelle, 463 U.S. 880, 893, 103 S.Ct. 3383, 77 L.Ed 2d 1090 (1983). This showing is made when petitioner demonstrates that "Reasonable Jurists could debate whether (or, for that matter, agree that) the Petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-484, 120 S.Ct. 1595, 146 L.Ed. 2d 542 (2000). In other words, "Petitioner must demonstrate that Reasonable Jurists would find the Magistrates Judges assessment of the Constitutional claims debateable or wrong." Id at 484; see also, Shackleford v. Hubbard, 234 F.3d 1072 (9th Cir. 2000).

"[T]he showing a petitioner must make to be heard on appeal is less than that to obtain relief." Lambright v. Stewart, 220 F.3d 1022, 1025 fn. 2 (9th Cir. 2000). This "threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims. In fact, the statute forbids it." Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed 2d 932 (2003).

Petitioner is entitled to be heard on appeal simply by showing that other courts have reached differing views even if in conflict with Ninth Circuit precedent. Lambright v. Stewart, supra, 220 F.3d at 1025-1026. Furthermore, any doubt as to whether Petitioner is

4.

entitled to be heard on appeal must be resolved in favor of issuing a certificate of appealability. *Id.*

Respectfully.

5.

VERIFICATION
(C.C.P. 446; 2015.5; 28 U.S.C. 1746)

I, George H. Gage, declare under the penalty of perjury that, I am the Petitioner in the above entitled matter and that I am over the age of (18) years old.

DATE: 11-16-2010                    /s/ George H. Gage
                                    GEORGE H. GAGE,
                                    PRO SE

DECLARATION of SERVICE BY MAIL
(C.C.P. 1013(a); 2015.5; 28 U.S.C. 1746)

I, George H. Gage, declare; that I am the Petitioner in the above matter, and that on the 16th day of November 2010, Two (2) envelopes were given to correctional staff for the inspection, sealing and mailing to the following:

| UNITED STATES DISTRICT COURT | CALIFORNIA ATTORNEY GEN. |
| CENTRAL DISTRICT OF CALIFORNIA | * L.A. OFFICE * |
| 312 N. SPRING ST. | 300 S. SPRING ST. |
| LOS ANGELES, CA. 90012 | LOS ANGELES, CA. 90013 |

Respectfully Submitted this 16th day of November 2010.

DATE: 11-16-2010                    George H. Gage
                                    GEORGE H. GAGE,
                                    PRO SE.

