1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. GAGE,          )<br>                                        )<br>            Petitioner,         )<br>                                        )<br>      vs.                              )<br>                                        )<br>GEORGE J. GIURBINO, Warden, )<br>                                        )<br>            Respondent.      )<br>_____) | Case No. CV 05-5057-ODW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, <u>de novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgement be entered denying
3 the Petition and dismissing this action with prejudice.

5 DATED: December 29, 2010

                             HONORABLE OTIS D. WRIGHT, II
6                              United States District Judge

8 Prepared by:

10 _____
  HONORABLE OSWALD PARADA
11 United States Magistrate Judge