FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GEORGE H. GAGE,

    Petitioner,

v.

KEVIN CHAPPELL,

    Respondent.

No. 13-73438

2:05-cv-5057-ODW-OP

ORDER



Before: Peter L. Shaw, Appellate Commissioner

    The court has received and reviewed petitioner's CJA form 23 financial affidavit. The financial affidavit demonstrates eligibility for appointment of counsel.

    The motion to proceed in forma pauperis is granted. Tony F. Farmani, Esq., 14677 Via Bettona, Suite 110, San Diego, CA 92127, (858) 259-0630, has been appointed to represent petitioner in this appeal. Petitioner's supplemental application for authorization to file a second or successive 28 U.S.C. §2254 petition remains due on February 24, 2014.