

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: 02/07/2014

To: **U.S. Court of Appeals**
**For the 9th Circuit**
Office of the Clerk
95 Seventh Street
San Francisco, CA 90012
Attention: Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, CA 90012

D C No. 2:05CV05057-ODW-OP          Appeals No. 13-56869

Case Title  George Gage v. Stuart Ryan

Clerk's files in            1         volumes

Bulky docs in              1         volumes    Docket No. 22

Reporter's Transcripts in    0      volumes

Sealed documents in         0         ☐ Envelopes     ☐ Boxes

Other: Sending to U.S. Court of Appeals San Francisco, CA.

UPS tracking # 1Z 892 636 02 4720 0994

*Note: Please return records in the same manner as received.*

By M. Krause

*(For documents received without a courier delivery tracking number)*

Acknowledgment: _____     Date: _____

A-26 (1/14)                    **RECORD TRANSMITTAL LETTER**