FILED

UNITED STATES COURT OF APPEALS

APR 04 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GEORGE H. GAGE,

                Petitioner - Appellant,

   v.

GEORGE J. GIURBINO,

             Respondent - Appellee.

No. 13-56869

D.C. No. 2:05-cv-05057-ODW-OP
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

4/4/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Before:      CALLAHAN and CHRISTEN, Circuit Judges.

     The request for a certificate of appealability is denied.  *See* 28 U.S.C.

§ 2253(c)(2).  All pending motions, if any, are denied as moot.