**FILED**

**APR 21 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE H. GAGE,<br><br>        Petitioner,<br><br> v.<br><br>KEVIN CHAPPELL,<br><br>        Respondent. | No. 13-73438<br><br>2:05-cv-5057-ODW-OP<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
4/21/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CR\_\_\_\_ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

    The motion of appellant George H. Gage's court-appointed counsel, Tony Faryar Farmani, Esq., for advance authorization for travel from San Diego to San Quentin State Prison, in San Quentin, CA to meet with his client is granted. Round-trip airfare, one night's lodging and two-day rental car is authorized, subject to per diem rules and limitations.

    Travel arrangements should be made through the court's travel coordinator, Keith Bell, who can be reached at Keith_Bell@ca9.uscourts.gov or at (415) 355-7993.